STATE v. JOHNSON

　　No. 5PA93

　　Case below: 108 N.C.App. 550

　　Petition by Attorney General for writ of supersedeas allowed 6 May 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993.

STATE v. McCARROLL

　　No. 172P93

　　Case below: 109 N.C.App. 574

　　Petition by Attorney General for temporary stay allowed 6 May 1993.

STATE v. MORGAN

　　No. 51PA93

　　Case below: 108 N.C.App. 673

　　Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993.

STATE v. PARKER

　　No. 86P93

　　Case below: 108 N.C.App. 787

　　Motion by the Attorney General to dismiss appeals by defendants (Parker and Davis) for lack of substantial constitutional question allowed 6 May 1993. Petitions by defendants (Parker and Davis) for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.